(89 South. 304)

### LITTLE v. STATE.   (7 Div. 202.)

(Supreme Court of Alabama.   May 19, 1921.)

Certiorari to Court of Appeals.

Clyde Little was convicted of assault with intent to murder, and his conviction was affirmed by the Court of Appeals (89 South. 303), and he petitions for certiorari. Writ denied.

Appleton & Presley and Isbell & Scott, all of Ft. Payne, for appellant.

Harwell G. Davis, Atty. Gen., for the State.

SOMERVILLE, J. Petition of Clyde Little for certiorari to the Court of Appeals to review and revise the judgment and decision of that court rendered in the appeal of Clyde Little v. State of Alabama, 89 South. 303. Writ denied.

ANDERSON, C. J., and McCLELLAN and THOMAS, JJ., concur.